Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED 11 SEP '23 16:21 USDC-ORP

# UNITED STATES DISTRICT COURT
for the

_____ District of Oregon

Portland Division

| | |
|---|---|
| Erika Meyer | Case No. 3:23-cv-1320-SB |
| _____ | (to be filled in by the Clerk's Office) |
| **Plaintiff(s)** | |
| *(Write the full name of each plaintiff who is filing this complaint.* | Jury Trial: *(check one)* ☒Yes ☐No |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| –v– | |
| Federal Bureau of Investigation | |
| _____ | |
| **Defendant(s)** | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Erika Meyer |
| Street Address | 305 NE 61st Ave #D13 |
| City and County | Portland, OR – Multnomah |
| State and Zip Code | Oregon, 97213 |
| Telephone Number | 971-888-1202 |
| E-mail Address | ekm@seastorm.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                            *Federal Bureau of Investigation*

Job or Title *(if known)*

Street Address                  *935 Pennsylvania Ave NW*

City and County                 *Washington DC – District of Columbia*

State and Zip Code              *DC    20535-0001*

Telephone Number                *1-202-324-3000*

E-mail Address *(if known)*

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒ Federal question                          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 USC  1962-1968            First Amendment
15 USC  2                    Fourth Amendment
                             Thirteenth Amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain):*

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please see attached claim complaint

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Jury Trial
Injunctive Relief
Compensatory Damages

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          Sept 11, 2023

Signature of Plaintiff          Erika Meyer
Printed Name of Plaintiff          Erika K Meyer

### B.     For Attorneys

Date of signing:          _____

Signature of Attorney          _____
Printed Name of Attorney          _____
Bar Number          _____
Name of Law Firm          _____
Street Address          _____
State and Zip Code          _____
Telephone Number          _____
E-mail Address          _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ERIKA KATRIN MEYER, | Case No.: |
| Plaintiff | |
| vs. | COMPLAINT (CIVIL RICO 18 U.S. CODE § 1962; FIRST AMENDMENT, FOURTH AMENDMENT, THIRTEENTH AMENDMENT VIOLATIONS; 15 U.S. CODE § 2) |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant | |
| | REQUEST FOR JURY TRIAL, INJUNCTIVE RELIEF |

## PARTIES, JURSIDICTION, VENUE

1. The plaintiff is an American citizen and resident of Multnomah County, Oregon. The defendant is a United States federal agency, and the complaint involves a federal question. Oregon District Court, Portland Division is the proper jurisdiction and venue for this matter. 28 USC § 1331, 28 USC § 1346(b)(d)

## FEDERAL TORT CLAIMS ACT

2. In compliance with 28 U.S.C. § 2675, the plaintiff submitted a Standard Form 95 to the Torts Branch of the U.S. Department of Justice via certified mail as well as by fax and first-class mail on September16, 2022. The plaintiff received no response.

## THE FBI

3. Answering to both the Attorney General of the United States and to the Director of National Intelligence, the Federal Bureau of Investigation (FBI) is both the principle federal law enforcement agency in the United States, and a member of the US intelligence community.

4. Under 28 CFR 0.85(a) the Director of the Federal Bureau of Investigation "shall investigate violations of the laws, including the criminal drug laws, of the United States..." These include violations involving organized crime (including art crimes), money laundering, and human trafficking.

5. Under 28 CFR 0.85(g) the Director of the Federal Bureau of Investigation "shall operate the Federal Bureau of Investigation Laboratory to serve not only the Federal Bureau of Investigation, but also to provide, without cost, technical and scientific assistance, including expert testimony in Federal or local courts, for all duly constituted law enforcement agencies, other organizational units of the Department of Justice, and other Federal agencies, which may desire to avail themselves of the service." According to their website, the FBI's state of the art laboratory employs world class scientists who use "scientific rigor" to solve cases and prevent crime and terrorism.  (FBI.gov "What we investigate" https://www.fbi.gov/investigate; "Science and technology" https://www.fbi.gov/investigate/how-we-investigate/science-and-technology).

6. These FBI laboratories also conduct scientific research, with stated goals being the "development (of) new capabilities, improvement (of) existing capabilities, defensibility of current and future capabilities." The FBI advertises that their laboratory provides "advanced

2

technical support and consultation, including specialized hands-on experience on operational

matters." (FBI.gov https://le.fbi.gov/science-and-lab/scientific-analysis)

7. FBI operations are overseen by Congress as well as the US Attorney General and Director of

National Intelligence. (https://www.fbi.gov/about/faqs/who-monitors-or-oversees-the-fbi)

8. All FBI operations, including covert operations, are to operate within US law, and they are

specifically not permitted to violate of the US Constitution. 50 USC § 3093 (a) (5)

9. Covert actions must be authorized by the President of the United States. 50 USC § 3093 (a)

10. Agencies involved in covert actions are to inform congressional intelligence committees

under 50 USC § 3093 (b)

11. Covert actions may not be conducted in order to influence United States political processes,

public opinion, policies, or media. 50 USC § 3093 (f)

12. In this case, the FBI appears to have inherited or been tasked with an authoritarian role linked

to an occult tradition that is associated not with any constitutionally protected government

activity, but is instead intended to advance a dangerous and illegal social, political, and religious

agenda, and to manipulate and control consolidation of wealth and power. To this end, they have

employed the weapons of state specifically in order to deny numerous Americans their

constitutional and human rights. This is the basis of the racketeering enterprise.

## COUNT ONE

### (Civil RICO - 18 U.S. Code § 1962 (b), (c), (d))

13. For the purpose of this complaint, there are two enterprises: The Federal Bureau of Investigation, an agency of the US government ("the FBI"); and a criminal enterprise ("the enterprise") which is intertwined with the FBI.

14. Racketeering activities associated with the FBI are not agent- or agency-specific but agency-wide and conducted as a matter of unwritten, commonly understood and unquestioned policy.

15. Other parts of the federal government have been infiltrated by this same racketeering enterprise, but because of the nature of the enterprise and the position of the FBI within the US government, the FBI is the ad hoc if not the official leader of the enterprise.

### Predicate Offenses

1. 18 USC § 175 – Use of biological weapons

2. 18 U.S. Code § 1111; ORS 163.107 – Murder

3. 18 U.S. Code § 1201; Kidnapping; ORS 163.235 – Kidnapping in the First Degree

4. 18 U.S. Code § 1343 – Fraud by wire, radio, or television

5. 18 U.S. Code § 1465 – Production and transportation of obscene matters for sale or distribution

6. 18 U.S. Code § 1466 – Engaging in the business of selling or transferring obscene matter

7. 18 U.S. Code § 1512 – Tampering with a witness, victim, or an informant

8. 18 U.S. Code § 1513 – Retaliating against a witness, victim, or an informant

9. 18 U.S.C § 1591 – Sex trafficking of children or by force, fraud, or coercion

4

10. 18 U.S. Code § 1956 – Laundering of monetary instruments

11. 18 U.S. Code § 1957 – Engaging in monetary transactions in property derived from specified unlawful activity

12. 18 U.S. Code § 2319 – Criminal infringement of a copyright, specifically 18 U.S. Code § 2319(a), 18 U.S. Code § 2319(b)


16. The plaintiff, her daughter, and her deceased common law husband, Christopher Lynn Newman ("Chris Newman," "Chris") are among the many victims of these and other criminal acts making up the pattern of racketeering.


## COUNT TWO

First Amendment Violations


## COUNT THREE

Fourth Amendment Violations


## COUNT FOUR

Thirteenth Amendment Violation


## COUNT FIVE

15 U.S. Code § 2 - Monopolizing trade

**BACKGROUND**

17. Behind the enterprise is a cult-like quasi-religious practice ostensibly linked with ancient Egyptian worship of solar deities, including concepts of human sacrifice. Much of this is linked to, though clearly did not begin with, CIA "mind control" research programs such as MKULTRA which are commonly understood to have existed between 1953 and 1963. In fact, evidence shows that this type of activity pre-dates the establishment of the CIA, and is ongoing.

18. Along with this is a tradition associated with a coded language interwoven throughout western art and incorporated into state seals, corporate logos, money designs, and flag designs. There is an inherent paradox in that this tradition is kept secret, yet widely understood and adhered to, even to the point that it – and/or the associated cult – arguably serves as an ad hoc national religion mandatory for anyone who wishes to advance socially or professionally. Even without the associated criminal activity, this is a violation of the establishment clause of the first amendment.

19. Under the control and stewardship of the FBI, the enterprise associated with this tradition practices, fetishizes, and monetizes a system of abuse, endangerment, terror, torture, slavery, and murder. It operates through financial manipulations and infiltration, elevating those who protect, promote, and profit from the enterprise. For many, including the plaintiff and her immediate family, this system includes near total surveillance.

20. Participation in and concealment by entire professions, notably medicine and psychology, is key. This participation is ensured through psycho-social, financial, and physiological means.

21. The primary enforcement mechanism for this system of abuse are medical systems. Hospitals, doctors, nurses, and psychologists are all expected to conceal and participate in these crimes, which begin at birth and are carried through generations. Child abuse, including sexual abuse, sexualized surveillance trafficking, endangerment and murder are endemic. Most of this is achieved through covert biomedical manipulations.

22. Within the enterprise and within the language associated with the enterprise is an implicit worldview and moral code which celebrates and rewards character traits and behaviors that most people would consider sociopathic: exploitation and near enslavement of some individuals, use of individuals in covert medical "experiments" and war games, refusals to render aid to individuals who are being abused, failures to warn or render aid individuals to who or who are endangered and/or in distress, an acceptance of concepts and acts of human sacrifice, and finding ways to create profit from the crimes while treating the whole thing as a joke.

**POSITION OF MEDICINE**

23. Through a number of means, including patterns of unusual death and artistic depiction, it can be surmised that for as long as medicine was a field, it has had a dark side which has included the deliberate induction of disease, disability, and death. The field of psychology is no different. What is unusual is that this is rarely if ever discussed in media, or when it is, it is treated as an outlying event, not as an integral part of the systems at hand.

24. What is unique about this, post 20th century, is that older means of medical murder –

7

deliberately caused infections and other medical "errors" – have been supplanted by something far more efficient: medical manipulation, torture, and murder through wireless systems: biomedical implants and directed energy weapons. In order to perpetuate this crime, doctors must consistently fail to identify the real source of any condition created by these systems, and psychologists must discredit anyone who threatens to expose any part of the system.

**POSITION OF THE MEDIA**

25. Mass media, including news media and publishing houses, avoid drawing attention directly to the enterprise. Any story that threatens to expose the enterprise is ignored. Thus, potential whistleblowers learn that attempting to use the media to expose the crime will not only be unproductive, but is likely to invite retaliation, including medical murder.

26. This does not mean that concealing the enterprise is any type of insurance from medical attacks, however. Patterns show that biomedical disease patterns such as cancer can occur at any time in one's life. There have been many premature cancer deaths in Portland, Oregon, especially among musicians. Movie and television stars also suffer a number of exotic diseases and often die young of cancer. Based on patterns, it appears that even many natural-appearing deaths "by old age" are often biomedical murders.

**POSITION OF THE FBI**

27. The role of the FBI can be inferred in a number of ways, including their dereliction relating to any complaint associated with wireless frequency-based attacks, regardless of evidence.

28. This plaintiff has detected the existence and use of biomedical transceivers in her own body through a number of means, and gathered years of evidence showing the existence of wireless manipulations, including documentation of scientific tests showing consistent signals coming from her eyes, ears, nose, mouth, neck, and scalp. She also has documented evidence of usually high and long-lasting Geiger counter readings. She has photographic evidence of patterns of inflammation in specific areas under her skin, associated with severe pain, which come and go, keep a consistent shape, size, and location year after year. And she has an x-ray which appears to show a rectangular-shaped shadow inside a dental extraction where she regularly experiences pain and effects consistent with radiation weapons. The FBI has consistently refused to examine evidence or investigate the plaintiff's reports.

29. The plaintiff's attempts to contact the FBI for help about various crimes linked to surveillance, torture, biomedical attacks, and radiation attacks, include the following:

January 25, 2015 – attempt to file a report with the FBI in person at the Portland office

Spring 2017 – letter sent to FBI headquarters, Washington D.C.

May 18, 2019 – letter sent to FBI headquarters, Washington D.C.

May 22, 2019 – attempt to file a report with the FBI in person at the Portland office

November 28, 2019 – attempt to contact FBI via online tip form

December 9, 2019 – attempt to contact FBI via online tip form

July 30, 2020 – attempt to file a report via phone call to the Portland office (closed due to COVID-19 state of emergency)

July 16, 2021 – attempt to contact FBI via online tip form

September 21, 2021 – attempt to file a report via phone call to the Portland office

March 30, 2023 – attempt to contact FBI via online tip form

July 2023 – letter sent to FBI office in Portland re: evidence tampering

30. In addition, when the plaintiff and Chris Newman were both being tortured during the early months of 2021, the plaintiff filed complaints against the FBI via the Department of Justice Office of Civil Rights, report record numbers 55091-KTM and 67107-PDP. There was no response.

31. In fact, there was no response to any of the plaintiff's attempts to report crime. In some cases, the plaintiff was directed to contact police or hospitals, despite the plaintiff explaining to the FBI that the police and hospitals were fabricating records and failing to render aid. Still, the plaintiff followed the instructions of the FBI, only to be rewarded with more fabricated medical chart notes. Portland Police refused to assist and appear to have not even recorded most of the plaintiff's attempts to file reports.

32. The FBI has told the plaintiff "we cannot help you" and "we don't investigate this sort of thing," and "we probably won't investigate," even though this is exactly the type of thing that they are supposed to investigate. Meanwhile, the plaintiff has experienced near constant torture including attacks to her organ systems (heart, lungs, stomach/intestinal, and urinary system) through these biomedical systems.

33. There were signs that the plaintiff's attempts to report crime to the FBI actually invited retaliation, just as the plaintiff's attempts to file civil suits appear to be inviting retaliation.

Two weeks after the plaintiff's May 22, 2019 attempt to report to the FBI, in which she told them "our lives are in danger" from biomedical and directed energy weapons attacks, Chris Newman was hospitalized with heart failure. This is when Providence Hospital "failed" to conduct recommended follow up tests which should have detected his already existing gallbladder cancer.

34. Similarly, in April 2021, one day after the plaintiff filed a civil rights complaint with the Department of Justice, Chris Newman suffered a collapse, forcing the plaintiff to call 911. First responders refused to allow the plaintiff to accompany Chris in the ambulance. Chris later told the plaintiff that he had been tortured with repeated needle jabs inside the ambulance. When he arrived at the hospital, he was given (though not told) a grim prognosis: "days to weeks to live."

35. In July 2020 and again in 2022, the FBI told plaintiff that her complaints are for the police and/or hospitals. Yet the police appear to have decided that the plaintiff is "delusional" and based on that false premise, have leapt to the conclusion that every claim the plaintiff makes is a delusion, regardless of whether the plaintiff is able to provide evidence in support of her claims. The hospitals, and in fact all medical and dental systems, are operating from this same premise: that any claim of wireless or biomedical attack is a delusion per se, despite any and all evidence provided in support of the claim. These allegations of delusions are disingenuous.

Plaintiff's attempts to contact experts in the appropriate fields of biomedical research for expert opinion or other direction have gone unanswered. Generally speaking, experts in any field who could potentially offer help to the plaintiff legally, medically, or scientifically, either do not

respond to inquiries or curtly refuse to assist.

**RECORD FABRICATIONS**

36.The consistency of behavior between law officers, doctors, dentists, psychologists, and others includes records fabrications, especially within medical chart notes. Factual fabrications and out of context misrepresentations are found throughout the plaintiff's medical charts with the apparent goal of creating a false profile of a person who is delusional and dangerous.

37. Fabrications in the plaintiff's medical chart notes follow consistent patterns regardless of what provider, or even what hospital system the plaintiff visits, indicating that the script or blueprint for fabricated chart notes comes from a source above and beyond any given hospital system. The fact that fabricated notes by doctors and police follow the same blueprint, along with the fact that the FBI refuses to investigate crimes linked to medical malfeasance suggests that the FBI is either following the same blueprint as the doctors and police, or that they are the creator of the blueprint.

**BLACK BAG OPERATIONS**

38. The FBI's involvement or leadership is further indicated by the extensive use of surveillance and signs of classic black bag operations at work. The plaintiff's apartment has been entered numerous times, usually for the purpose of evidence spoliation, though sometimes also for the purpose of gaslighting. This regularly occurs when the plaintiff is busy elsewhere, but it also regularly occurs at night, when the plaintiff is asleep in bed. Overnight entries are possible because these biomedical systems can be and are used to manipulate and control states of sleep

12

and consciousness. That this is achievable means that the same entity, or team of entities, is responsible for operating the biomedical networks and entering the plaintiff's apartment.

39. It has also been made clear, over the years, that the plaintiff has been surveilled through computers and computer networks, including through cameras built into computers, including both her personal computers, and between 2015 and 2016, networked computers at Portland Community College.

40. Based on reflections back through media and from the community, the plaintiff knows that this surveillance data has been widely accessed and distributed.

41. It is also clear that there are cameras hidden throughout Portland, primarily in fire sprinklers. This surveillance has occurred in the plaintiff's apartment, including from a sprinkler over her bed; in gym locker rooms, in department store dressing rooms, in doctors' exam rooms, in gym locker rooms, and in women's' restrooms throughout Portland, including on the campus of Portland Community College. The plaintiff knows that this surveillance has been occurring because between 2014 and 2017 efforts were made to condition the plaintiff to accept this surveillance as normal. These efforts included reflections back to the plaintiff of her activities in private spaces, and covert communications to the plaintiff when she was in these private spaces, usually via knocks on the walls or ceiling.

42. This type of surveillance could not occur without knowledge of and concealment by the fire department as well. And none of this could happen without the participation if not the leadership

13

of the FBI.

43. There have been indications of FBI director Christopher Wray being directly involved. Specifically, in January 2014, during a period of time when the plaintiff and her husband were both experiencing directed energy attacks beginning at 6:00 am, Director Wray appeared on television saying, "you don't want to be the ones to have FBI agents knocking on your door at 6:00 a.m." (January 14, 2021)

44. In another instance, during a 2021 interview with CBS, Director Wray was asked about how he keeps the memory of 9/11 "fresh in this agency after 20 years." In his reply, Director Wray mentions that on 9/11, he was at FBI headquarters, saying, "How do you maintain that sense of urgency, that sense of being on the balls of your feet that we all felt from dealing with the attacks. And so, one of the things that I instituted a couple of years ago, was that I have required all new agents and analysts, when they're going through their training at Quantico, to visit the 9/11 memorial museum in New York, and we worked with the museum and memorial to design a tour that's catered especially to FBI agents and analysts in training. And I have them go through that because it's one thing to understand the attacks up here (points to right side of head), but it's another thing to feel the attacks in here (points to chest with both hands) in your heart, in your gut. And so my hope is that by visiting the memorial and the museum, that these folks will understand the importance of doing our work in the right way, of doing it right, of doing it well, of doing it with rigor and objectivity and professionalism."

45. In this statement, the idea of being on the "balls of your feet" is linked to the idea of being

mobilized (feet) and "balls." The word "balls" is linked to among other things, biomedical implants, some of which are shaped like balls with pins. When Wray says "it's one thing to understand the attacks up here, but it's another thing to feel the attacks in here, in your heart, in your gut" - he's making indications toward his head, lungs, heart, and gut. These are all typical places where biomedical attacks occur and cause, among other things, aneurisms, strokes, heart attacks, and cancer. This statement, and the "6:00am" statement, along with other coded statements made by Director Wray indicate that beneath his overt speech, are covert warnings.

46. A third way that the FBI has advertised their place in this enterprise is through graphic design used online. In 2019 the plaintiff noticed that with few exceptions, nearly every FBI field office in the country was using a similar style of banner on their Twitter pages, showing either their office or a scenic view of their town either at dusk or at night, and often looking out over bodies of water. In the coded language associated with this enterprise, "night" refers to illegal and corrupt behaviors. Sometimes the enterprise is referred to as a "nightclub." Water is associated with drowning, defaming, or otherwise bringing harm to someone through this system.

47. Based on this style of communication by the FBI, it appears that they want to convey the idea that their role is that of an enforcer. In the coded language of the enterprise, the word "father" is used to represent the FBI and/or CIA, while the word "mother" is used to represent streams of finance. The marriage of "father" and "mother" is a picture of corruption.

15

48. If the FBI were not directly involved in these activities, they would have, upon being presented with evidence of such wrongdoing, identified the crimes, investigated them, and brought them to an end by prosecuting co-conspirators under US law, as these are interstate federal violations within their jurisdiction. Instead, the FBI has chosen to conceal the crimes, further the conspiracy, and protect the enterprise from victims, witnesses, and potential whistleblowers.

## CODED LANGUAGE

49. Most criminal enterprises are protected by limits to their size and scope; this one employs the opposite means of protection: it seems to want to be as large, all-encompassing, and as global as possible. It permeates every profession, though some (entertainment, politics, medicine) more than others. It is associated with a coded language which appears to be universally known and understood, at least on a basic level. The language itself conveys a certain worldview. Fluency in this language is associated with success in politics and entertainment. In other words – the biggest celebrities and all political leaders are involved in this enterprise. This, along with access to and the concealing of powerful medical technologies and financial manipulations, is how this enterprise consolidates, holds, and increases its power.

50. Magazines, newspapers, books, academic institutions – do not name the enterprise nor does there appear to be any publications identifying or decoding the language – yet they have their own ways of using it, from the way that footnotes are numbered to double meanings encoded in text. The plaintiff was not told about this language and along with her immediate family was unaware that it existed. She first began to notice signs that such a language was present in song

lyrics in 2013. Over time she began to decode much of this language. It is through this language that the structure and culture of the enterprise is apparent.

51. Though it is linked to Indo European languages (especially English) the language is global. Like all languages, it has dialects, and has evolved somewhat over time, but it is centuries old and it is unique in that much of it can be understood without knowing how to read or write or even share a common spoken language. The quasi-religion built into this invasive enterprise fetishizes opposites, extremes, and reversals. The ubiquitous code of silence is countered by the ubiquitous coded language.

52. In this language, every number, color, shape, letter, animal, article of clothing, means of transportation, word, gesture, sound, utterance – carries some kind of underlying coded meaning. Being able to wield this language skillfully is key to success as an artist or writer. The structure of the enterprise is possibly best articulated in the coding of numbers and body parts.

53. In coded language, the enterprise and its components is sometimes referred to as a human body divided into two sides, left and right, with conflicting interests. This seems to have come from the ancient Egyptian myth of Horus vs. Set, with Horus linked to the left side, and Set to the right. The underlying cultural situation has to do with occult patterns of oppression and control. The left is associated with poverty and the right with wealth and power.

54. Body parts are coded as follows:

Head – indicates a leader – the head of a clan, cabal, or organization.
Hair – thoughts or ideas – curled hair are ideas which are controlled, and a head that is shaved

indicates a person whose ideas are not their own. Hair color and style is also encoded.

Forehead – the forehead represents something that is visible only to the viewer (not to the individual)

Eyes – vision, surveillance

Ears – hearing

Nose – smell, as in to detect or discern

Mouth, lips, tongue – speech

Cheek – "cheeky"

Chin – vulnerability, a place where a person is punched

Neck – vulnerability (strangling)

Shoulders – strength

Arm – power, reach, influence

Hand – manipulations

Finger – the word "finger" is linked to the verb "to finger" (to accuse), and any type of pointing behavior (whether with the face, body or hand) is connected to this idea. Along with this, every finger on each hand seems to have a slightly different meaning. The thumb is linked to strength ("under my thumb"); the pointer finger points; the middle finger is stuck in the middle; the ring finger indicates marriage into the cabal or enterprise; the pinky is linked to covert activity.

Chest – indicative of finance (a "chest")

Back – something in the back (hidden, behind you)

Waist – a point of vulnerability

Hips – associated with mobility, strength

Leg – mobility

Thigh, ankle – vulnerability

Heel – oppression

Toe – the toe, especially the big toe, seems to be associated with mobility and walking but it also seems to be associated with imprisoning the sun

55. The idea of opposites, doubles, and reversals are important to the culture woven into this enterprise. Because the enterprise is designed to survive the death of any leader, organization,

kingdom or nation, it requires a center which could endure beyond any take down attempt. This is the position of an individual sometimes known as "the sun." It is tied into medieval fisher king mythology. The "sun" is portrayed as both highly visible (due to being surveilled, scrutinized, and imitated) as well as crippled, bound, and blind (blacklisted and kept in the dark). Unbeknownst to him, the individual who had inherited this role was plaintiff's common law husband, Chris Newman.

56. The plaintiff also seems to have been placed into a dual "sun" role, as a female version, with both individuals' lives manipulated in such a way first to keep these two "suns" apart, and later, to bring them together.

57. The suns are highly visible, yet blind to their own visibility. They are portrayed as both large and important and insignificant and trivial. The sun is associated with the left, especially the left eye. Concepts around this are interwoven through every major work of western art going back centuries. Through occult means idea of "twin" suns is reflected and replayed in an often-violent manner over and over. It's through this twinning or matching and links to the sun, as well as use of coded language in dates, times, and names, that one can discern that certain catastrophic events were orchestrated, and that certain deaths – regardless of how they appear to have occurred - are murders.

## PIEZOELECTRICAL BIOMEDICAL TECHNOLOGY

58. Central to both profiteering and control in this enterprise is the covert use and weaponization of piezoelectrical biomedical technologies. This technology has been in use since the 19th

century, and based on patterns and coded language in film and newspapers, one can discern that it has been weaponized in order to maim and murder since the 1920s at least.

59. Also based on patterns in coded language, once can discern that piezoelectrical biomedical technology has been linked to the use of drones at least since the 1940s, and in fact that it has been used since the 1940s to influence human thoughts and behavior – and more importantly, reading between the lines – that this capability of influence of thought and behavior via wirelessly accessed biomedical implants – was widely known, at least in some populations – to exist, especially by the 1950s. The use of these biomedical weapons to create states of disease – including heart attacks and cancer – seems to have been widely known, at least in some populations, since the 1930s.

60. Who knows about these technologies, and who is covering them up, versus who is genuinely still ignorant about them, is not always clear, except that there appears to be a link between knowledge about the use of this technology and social and political stratification. It is clear that those who write and produce Hollywood movies, music videos, and television shows have a fairly advanced level of understanding about this technology, and that this has been the case for as long as that industry has existed. Celebrities, writers, actors, entertainers, and musicians are also aware of the use of this technology. Other professional fields likely also have a high level of knowledge about the use of these biomedical devices, including doctors, scientific and academic researchers, and political leaders.

61. Generally speaking, the knowledge of the existence and use of this technology appears to be

20

widespread, but concealed via the control of speech, behavior, and publication. The control itself is enacted in a number of ways: psychologically, psycho-socially, professionally, financially, politically, religiously, and scientifically, and especially biomedically.

62. Piezoelectrical biomedical implants are made of materials with a crystalline molecular structure. The energy used to power these devices is harvested from the interaction of normal biological processes with the molecular structure of the implant. Electrodes are made of very thin film. The implants, which can be used to manipulate states of consciousness, are likely secreted first into the nasal passages of infants at birth, with more added as years go by.

63. While these implants can be difficult to see on x-rays, they work on wireless frequencies, and like other wirelessly accessible devices, they send and receive wireless signals which can be detected by frequency tracing equipment.  Using this type of equipment, the plaintiff has detected evidence of dozens of implants in her own body, including in her eyes, ears, nose, throat, scalp, neck, back, chest, thighs, ankles, knees, hands, abdomen, cervix, digestive system, and dental work.

64. There is no doubt that frequency tracing and other biomedical implant detection technology is available to the world class scientists at the FBI laboratory, and that based on the text of the FBI's own website as well as 28 CFR 0.85(a) and 28 CFR 0.85(g), the FBI has not just the capability and expertise, but the *mandate* to investigate violations of human rights, civil rights, and other laws associated with the covert use of biomedical technologies.

65. A more obvious component of this crime is the network of high-altitude military-style drones which appear to be permanently stationed over most of the United States, and certainly over Portland, Oregon. While generally invisible to the naked eye, when lit, they resemble stars. Often, some of them are lit at night. With a basic knowledge of astronomy, it is easy to distinguish them from stars because of their magnitude, location, and behavior. These aircraft are linked to biomedical and other frequency-based manipulations, including, it appears, manipulations of weather. The existence of these aircraft is being concealed by police, FBI, the FAA, and astronomy professors at educational institutions. That not only federal agencies, but university professors would participate in such a cover up, suggests that there has been a significant chilling of freedom of speech rights in this country. It stands to reason that a large part of this is because of the use and power of the technology itself.

66. Piezoelectrical biomedical implants are referenced via coded language linked to their appearance and/or purpose, commonly diamonds, pizza, patches, pins, staples, spikes, switchblades, targets, doughnuts, etc. Because typically they can be found in dental crowns, crowns and images of teeth are also used. Visually this biomedical system is often represented as a net, network, or by lattice shapes.

The use of drone technology is also referenced in different ways, including references to the drones' links to clouds, stars and the space program.  The role of the drones appears to be to conduct surveillance, to manipulate weather patterns, and to engage in biomedical control and manipulations, including murder.

## PREDICATE OFFENSES

67. Presented in order of US code, these offenses have affected the plaintiff and her immediate family in the following manner:

### 18 U.S. Code § 1961 (1)(B);

### 18 USC § 175 – Use of biological weapons

68. This statute forbids the acquisition, stockpiling, transfer, or retention of "any biological agent, toxin, or delivery system for use as a weapon." Biological agent is narrowly defined as a micro-organism, but "delivery system" includes vectors. There are indications of the use of both micro-organisms and vectors by the enterprise. Based on patterns, it appears likely that the COVID-19 virus has been weaponized and possibly was even originally released by this enterprise. The 2001 American Anthrax attacks were likely also linked to the enterprise.

69. As far as the personal lives of this plaintiff and her family members are concerned, it appears that a number of micro-organisms have been weaponized to create chronic and embarrassing disease patterns. In addition, patterns of parasite infestation appear to be abnormal. For example, this plaintiff, despite living a fairly isolated rural life, was the first in her second-grade class to be found to have head lice. Years later, her daughter, an only child, would experience the same thing. In preschool, the plaintiff's daughter would frequently come home from preschool covered in flea bites while none of the other children had a problem. One day, after 3 hours in pre-school, the plaintiff counted exactly 40 flea bites on her 18-month-old daughter's back. In 1998 she discovered cockroaches in her apartment and was told by the apartment manager that she was the

first in the apartment complex to report cockroaches.

70. More recently, in 2016, after the plaintiff's daughter returned to college from spring break, the plaintiff's daughter found that she was covered every morning in bites which turned out to be from bed bugs nesting in a hole in the bottom of her mattress. The bed bugs were discovered during finals week. Although the plaintiff's daughter had been travelling, she had stayed with close family members, none of whom had a bed bug infestation. In addition, about two weeks before this happened, the plaintiff noticed and photographed a sign on a telephone pole in the neighborhood of her daughter's former high school that read "SMILE" and featured a cartoon image of a bed bug. The plaintiff's daughter spent a great deal of money for extermination, and treated very badly by her flat-mates due to this bed bug infestation.

71. Six years later, the plaintiff's daughter, who was vaccinated and always very careful to mask and wash – caught COVID during her college graduation week. The plaintiff has frequently discovered spiders, centipedes and other insects suddenly appearing en masse in her small studio apartment. In 2015 after living in the apartment for several months, two cockroaches of unknown origin were found inside her cupboards.

### 18 U.S. Code § 1961 (1)(A);

### 18 U.S. Code § 1111; ORS 163.107 – Murder

72. This plaintiff has identified numerous homicides linked to biomedical malfeasance within her own family and in the world at large, including a number of high-profile incidents, and also including incidents of mass homicide. These incidents can be identified initially based on

patterns linked to the use of coded language, but especially "twins." These occult killings occur in a seemingly endless parade of linked sets. This is one way that it can be shown that, for example, the assassination of President John F. Kennedy was one of these killings – there were matches to the assassination of President Abraham Lincoln, as well as coded numerology (double numbers, 11/22) indicating "twins." In addition, there were other signs of mind control and covert operations at work in this assassination, even down to the President's chronic back pain issues.

73. Closer to home, going back to at least the 19th century and possibly into the 18th century, the plaintiff has identified a number of her own family members who were either obviously killed through medical malfeasance, or died of conditions typical of biomedical murders (heart attacks, strokes) on days that were numerologically significant.

74. As for murders personally affecting the plaintiff which occurred within the statute of limitations for RICO, there are several, but the one pled here is the murder of the Chris Newman. Newman, who died on May 9, 2021, was a lifelong victim of medical malfeasance, surveillance-based trafficking, nonconsensual human subjects research, intellectual property theft, fraud, and biomedical torture. In the end, rather than compensate Newman for these crimes, the FBI chose to murder him, torturing him brutally while he was dying. The plaintiff was also tortured and continues to be tortured daily.

75. Providence Hospital were and are complicit in these crimes both by ignoring warning signs of Chris' cancer in 2019, and by constantly fabricating medical chart notes – Chris' chart notes

and the plaintiff's chart notes contain similar types of fabrication, regardless of provider.

76. Despite pleadings by the plaintiff, government leaders and the Department of Justice refused to investigate, render aid, or even respond to the plaintiff.

77. There were signs that different streams of finances were linked to these acts. There was a congruent influx of wealth and construction projects into Portland which may have been linked.

**18 U.S. Code § 1961 (1)(A);**

**18 U.S. Code § 1201; Kidnapping;**

**ORS 163.235 – Kidnapping in the First Degree**

78. The plaintiff was kidnapped under color of law by Sacramento County Sheriffs, aided by firefighters, on January 26, 2014 while attempting to seek legal help with surveillance and intellectual property theft issues. She was held for five days. This was reported as a psychiatric hold, but aside from a false report, there was no basis for this psychiatric hold to have occurred. It's obvious that this abduction had been planned out in advance and instigated. At the time, there were indications to the plaintiff that the federal government was involved in this event, but being as the plaintiff understood that he primary compliant was surveillance and theft by parts of the entertainment industry, and because she had been followed by a number of people who appeared to belong to different gangs, the plaintiff couldn't be sure that the kidnapping wasn't instigated by a traditional organized crime group. In fear of retaliation, she did not immediately report this kidnapping to he FBI. On January 25, 2015 after she continued to suffer from ongoing

harassment, surveillance, and stalking behaviors, the plaintiff did try to report some of this to the FBI via the Portland, Oregon office. The agent with whom she spoke refused to give her any identifying information, suggested that she was paranoid, the medical hold was legitimate, and made her feel that were she to press the issue, she would be in danger of another kidnapping.

79. Since that time, nearly every time the plaintiff has attempted to report crime to the police, they have suggested sending an ambulance and having her hospitalized.

## 18 U.S. Code § 1961(1)(B);

## 18 U.S. Code § 1343 – Fraud by wire, radio, or television

80. The crimes described in this complaint could not occur without some form of wire fraud.  In addition, this plaintiff observed novel forms of fraud occurring on YouTube in January 2014, and in or about January and February 2015; and possibly also in 2016; on every television station, including cable stations and public television. In these instances, the plaintiff observed deliberate manipulations of visual effects clearly intended to induce hypnotic or otherwise cognitively receptive or disrupted states. In one instance, this began about one week before the Superbowl and appeared to be designed to create a lulled, hypnotic, receptive state, no doubt useful for the Superbowl advertisers.

## 18 U.S. Code § 1201 (1)(B); 18 U.S. Code § 1465 – Production and transportation of obscene matters for sale or distribution

81. In January 2014, immediately prior to the kidnapping incident, the plaintiff discovered evidence of intrusive surveillance in her home, including in all bedrooms and bathrooms. She

also was able to discern, via reflections back through medial online, that the surveillance had been distributed. When she attempted to report this to Portland police on January 20, 2014, a medical hold was attempted but rescinded. Medical chart notes and police records were fabricated. This, along with indications of conflicts of interest in her attorney and others, is the reason why the plaintiff attempted to seek legal advice in California, where she was kidnapped.

82. Based on observations, the plaintiff believes that this surveillance data, including false light, obscene, and embarrassing images and audio, has been widely distributed throughout Portland and globally. Based on observations and indications from the community, the plaintiff suspects that commercial platforms including YouTube and Meta/Facebook have taken part in these distribution activities.

## 18 U.S. Code § 1961(1)(B); 18 U.S. Code § 1466 – Engaging in the business of selling or transferring obscene matter

83. The previous paragraphs are re-alleged and fully incorporated here by reference.

## 18 U.S. Code § 1961 (1)(B); 18 U.S. Code § 1512
### Tampering with a witness, victim, or an informant

84. 18 USC § 1512(a)(1)(A) prohibits killing, or attempting to kill a witness or potential witness. Chris Newman was killed in part because he was a witness, as were a number of others in his immediate orbit who were his age who have recently died of cancer (Andrew Loomis, Matthew Loomis, Fred Cole, Sam Henry and others), heart attacks, or COVID-19 (Mark Lanegan). There

are small clues to indicate that these deaths are murders.

85. 18 USC § 1512(a)(2)(A) prohibits use of force to "influence, delay, or prevent the testimony of any person in an official proceeding." The plaintiff has been tortured and is endangered in part because she is witness to these and other crimes. The kidnapping described in paragraph () was carried out in order to delay and ultimately to prevent testimony by the plaintiff.

86. 18 USC 1512(a)(2)(B) prohibits the destruction or mutilation of records, documents, or objects in order to impair their availability for use in an official proceeding. The plaintiff's home, computer, and Google accounts have been accessed numerous times for the purpose of evidence tampering and destruction. In one of the most striking incidents, in late 2022 an extracted carious dental crown was removed from a locked box, then returned to the box weeks later with the cavity filled. The plaintiff had kept the crown because using a frequency tracer, she had found that it was emitting wireless frequencies and when it was in her mouth, it was obviously being used as a target for directed energy weapons in order to cause pain and tissue damage to her head and neck.

**18 U.S. Code § 1961 (1)(B); 18 U.S. Code § 1513 – Retaliating against a witness, victim, or an informant**

87. The plaintiff has experienced near constant retaliatory activities in the form of stalking behavior, harassment, and directed energy attacks to herself or her pets, frequently apparently tied with her attempts to report crime or file lawsuits.

**18 U.S. Code § 1961 (1)(B); 18 U.S.C § 1591 – Sex trafficking of children or by force, fraud, or coercion**

88. The plaintiff is aware that through biomedical networks, surveillance networks, and fraud, she was sexually trafficked as a child. The plaintiff is further aware that surveillance of this type occurred in her daughter's bedroom as well, and likely involved trafficked sexualized materials. This is a pattern of behavior that is almost certainly widespread and ongoing.

**18 U.S. Code § 1961 (1)(B); 18 U.S. Code § 1956 – Laundering of monetary instruments**

89. The plaintiff has observed a number of activities that look like money laundering, without yet being able to prove that they are money laundering. Many of these are overt and associated with coded language. The plaintiff has observed patterns in which waves of out of state visitors appear in Portland followed by waves of brand-new cars (often luxury cars), construction, and home renovations. Often there is consistency in the types of construction and renovations – for example, one year, it is roofing, another fencing, or rockwork, or landscaping. Commercial construction and residential construction both seem to be involved. These patterns are repetitive and obvious.

90. In some cases, the plaintiff has noticed donations going to corrupt organizations who had recently made her life miserable, including a $100 million cancer research grant to OHSU from Columbia Sportswear in 2014, and large Department of Education grants to Portland Community College in 2016.

91. The word "car" seems to be one of the coded words synonymous with corrupt behaviors going back to the early 1900s.

92. Another pattern that the plaintiff has detected has to do with the creation of disease, including cancer. Individuals who are selected to be murdered for whatever reason (power and profit, it appears) are often killed slowly though physical deterioration enacted through these biomedical implant networks. Sometimes, as in the case of the plaintiff, this begins with chronic conditions. The plaintiff has experienced incidents of severe recurring back pain going back to 1991. These conditions are survivable, but require near constant medical attention in an otherwise healthy person, meaning they are profitable. They also generate trauma, something that the controllers appear to be very interested in, psychologically.

93. Chronic psychological states requiring therapy and daily medication are also no doubt very profitable. These biomedical weapons are used to create persistent chronic physical and mental states including depression, anorexia, obesity, etc. They can be, and are used to instigate suicides and homicides. They can be and are used to prevent a recovering addict from recovering. They can be and are used to instigate drug and alcohol overdoses.

94. Serious and potentially fatal diseases such as heart disease or cancer are also extremely profitable. It appears that the FBI is using disease such as cancer, heart attacks, and strokes as an extrajudicial "justice system" to rid the world of people whom they consider "bad guys" but really, they are often crime victims, potential witnesses, or people whom the FBI feels are worth more dead than alive. To this end, reports are fabricated. Based on the aforementioned

31

patterns of cars and construction projects, the plaintiff suspects that records fabrications and biomedical attacks are financed. Many of the fabrications are found within medical chart notes.

95. It stands to reason that doctors and others are being paid for these fabrications, and that the fabrications are then used as "justification" for extrajudicial torture and assassination.

96. When a person is made ill by these biomedical weapons systems, they are forced to seek medical treatment. That treatment has to be paid for out of pocket, or by medical insurance, constituting insurance fraud. In the plaintiff's case, her insurance comes through state and federal insurance via the Oregon Health Plan, likely making it a fraud against the United States.

97. Whether the hospitals themselves are directly engaged in the biomedical manipulations is unclear. Because these are wireless weapons systems the physical operation of the biomedical implants could be theoretically be occurring anywhere in the world.

**18 U.S. Code § 1961 (1)(B); 18 U.S. Code § 1957 – Engaging in monetary transactions in property derived from specified unlawful activity**

98. The general allegations of this complaint are re-alleged and fully incorporated here by reference.

**18 U.S. Code § 1961 (1)(B); 18 U.S. Code § 2319 – Criminal infringement of a copyright,**

specifically 18 U.S. Code § 2319(a), 18 U.S. Code § 2319(b)

99. This plaintiff discovered signs of copyright infringement of Chris Newman's musical catalog and innovations in late 2013, and since that time, has only seen more and more evidence that this has been going on. Chris Newman and the plaintiff have both been blacklisted professionally. The plaintiff's social media sites do not gain followers, or appear to get views, or plays. Yet at the same time, there are other signs indicating that people worldwide have seen and heard and are familiar with their work. This is why the plaintiff believes that their work products have been stolen and covertly distributed through a different platform or platforms.

100. In addition, the plaintiff detected largescale lifelong fraud with regards to Chris Newman's career and catalog. This, along with the surveillance issues, is what she was attempting to address in January 2014 when she was kidnapped. When Chris died in May 2021, the plaintiff inherited his catalog, but she has been physically unable to purse the fraud issue in court do to the fact that is experiencing near constant torture and serious physiological effects from biomedical weapons.

101. The plaintiff has also been obstructed from hiring an attorney to represent her over these issues. Attorneys categorically either will not speak with the plaintiff, or speak to her only in disingenuous ways.

## COUNT TWO

(First Amendment Violations)

102. A. Violation of the establishment and free exercise clauses. The occult, arguably Satanic,

religion attached to this enterprise is forced upon any US citizen who wishes to advance professionally in any field. The plaintiff was particularly shocked when she attempted to return to school at the publicly funded Portland Community College only to find that she was being systematically surveilled and harassed through the computer systems, and in the restrooms and locker rooms on campus, that the other students had apparently had access to sexualized surveillance materials as well as false light surveillance from medical offices which they used to create media indicating that the plaintiff was a drug addict. The plaintiff's professors participated in all of this as well. The messaging being sent to the plaintiff was that she needed to modify her behaviors, including all of her personal habits, to be congruent with the values, symbolism, and numerology of this cult.

103. B. Violation of the free speech clause. The plaintiff was constantly made to feel that she needed to monitor her speech, including inside the privacy of her own home, lest she anger, offend, and invite retaliation from those surveilling her in the privacy of her own home. It is quite possible that Chris' torture and murder was related to his loquaciousness. The code of silence, clearly forced upon every individual in the United States, is a violation of the free speech clause. More than any other practice, it is the code of silence which enables the ongoing crimes of the enterprise.

104. C. Freedom of association clause. The plaintiff has been blacklisted not just from a single profession, but generally, across professions and as an independent business owner. The plaintiff is unable to develop non-corrupt friendships or romantic partnerships. The plaintiff believes that her inability to do business, to find legal assistance, to find expert scientific advice, or to have friends is linked at least partly to the enterprise, via retaliatory acts by the FBI, restricting others from freely associating with her.

105. D. Freedom of the press. With regards to the enterprise, the press is not free. They participate in the practice of talking about the enterprise constantly, but only through coded language, while never explicitly acknowledging its existence, even in issues of life and death. It is unlikely that such a situation would exist in such a blanket fashion if journalists were not fearful of acts of retaliation.

## COUNT THREE

### (Fourth Amendment Violations)

106. Nonconsenusal implantation and use of biomedical devices constitutes an illegal seizure of a human being. FBI and police surveillance in private dwellings, including bedrooms and bathrooms, for any reason is a horrible violation of personal privacy. The plaintiff has had her phone hot-miced, her webcams hijacked, and her car tracked and electrically sabotaged. Unlawful entries and evidence tampering have been near constant, and done in such a way that it could only have been done by someone with access to the biomedical implant in the plaintiff's body. These are violations of the plaintiff's rights under the fourth amendment.

## COUNT FOUR

### (Thirteenth Amendment Violations)

107. The use of biomedical implants has subjected the plaintiff and Chris Newman to a life of involuntary servitude. This is likely true of others, including those who have been incited to commit crime via the use of this technology and have been imprisoned as a result.

## COUNT FIVE

### (15 U.S. Code § 2 - Monopolizing trade)

108. Monopolizing of the entertainment industry is easily seen by the use of coded language, and more particularly, the way the language is used, especially in songs and music videos. Chris

Newman and the plaintiff were both artists, working hard to succeed in their fields. Neither had been told about the existence of this coded language, and so they wrote lyrics differently. It does not appear to be possible to succeed in the field of art, entertainment, or graphic design, nor likely other fields such as journalism and architecture, without being adept at the use of this coded language. In order to be adept at this coded language, one has to participate in unlawful surveillance activities. In other words, in order to succeed in these and likely other fields, an individual must participate in the enterprise. Participating in the enterprise means covering up child exploitation and murder, as well as failing to warn people who are unknowingly being exploited, or whose lives are in imminent danger. Chris Newman was a brilliant, hardworking, and talented artist who kept hoping until the end of his life to have some professional success and recognition.

## A WORD ABOUT THE 9/11 ATTACKS

109. Through observation of the use of coded language in movies, television shows, and music videos, the plaintiff has become aware that the 9/11 attacks widely understood to have been planned by this enterprise for as long as the World Trade Center had been standing. The attacks were carried out by terrorists who were implanted with biomedical frequency-based technologies and influenced through this technology, as well as through other psychological mean, and they appear to have occurred precisely as planned.

110. What the plaintiff discovered is that references to these impending attacks can be found *in every Hollywood movie* in the 1980s and 1990s as well as many going back into the 1970s, maybe most notably The Towering Inferno (December 1974). The plaintiff has seen references to

these attacks in television going back to 1974 as well, and suggestions in older movies and

television shows that the planning for such an attack was in the works shortly after the

assassination of President Kennedy. That this was tied to the Rockefeller family, possibly

specifically Nelson Rockefeller.

111. From these pre-9/11 foreshadowings one can see that it was known that the Twin Towers

would be attacked, and that airplanes would be involved, as well as a bomb or bombs. There are

usually clusters of symbols associated with this indicating links to San Francisco and Seattle,

links to China and Japan, and links to yellow cabs. The plaintiff has never seen any indication of

foreshadowing of the Pentagon attack, though the Twin Towers were often dated as being

completed in 1971 making them 30 years old, and construction on the Pentagon had begun on

9/11/1941 making it 60 years old.

112. Some movies from the late 1990s (*Big Lebowski, Armageddon*) also make contextual

references to Saddam Hussain.

113. What this shows, first of all, is the power of the code of silence around this crime, and how

events such as this – events which one might expect would break the crime and its codes –

instead seem to, through the psychology of trauma and intimidation, strengthen the crime, raising

the stakes – and the threat to democracy – and the threat to global stability – ever higher.

114. Second of all, if one accepts the premise that these attacks were widely known and

concealed (and this can be shown), one has to then expect that if all of these writers and artists

37

were aware of the plans, then the entire executive and legislative branch – and likely also the judicial branch – were also aware. That is how big, and how dangerous this enterprise is.

115. The size and strength of this enterprise should no longer be its protection. The science behind it is discernable and identifiable. The damage is real and danger imminent. The code of silence and associated cover ups must end and be supplanted with a steady, unflinching, science-based movement towards justice and restoration.

Dated this 11th day of September, 2021

Erika Meyer, Plaintiff

38