IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **ERIKA KATRIN MEYER**, <br><br> Plaintiff, <br><br> v. <br><br> **FEDERAL BUREAU OF INVESTIGATION**, <br><br> Defendant. | Case No. 3:23-cv-1320-SI <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 19th day of September, 2023.

                                                /s/ *Michael H. Simon*
                                                Michael H. Simon
                                                United States District Judge